| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Austin C. Smith (*pro hac vice*)<br>Smith Law Group LLP<br>3 Mitchell Place<br>New York. NY 10017<br>917.992.2121<br>626.332.8644<br>Austin@acsmithlawgroup.com<br><br><br>☐  *Debtor(s) appearing without attorney*<br>x   *Attorney for*: John Mata | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 29 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** cargill    **DEPUTY CLERK**<br><br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA  RIVERSIDE DIVISION**

| In re: John Martin Mata and Livier Mata<br><br><br><br><br><br>                                                            Debtor(s) | CASE NO.: 13-bk-30625-MH<br><br>CHAPTER: 7<br><br>ADVERSARY NO:  6:18-AP-01089-MH |
|---|---|
| | **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)** |
| John M. Mata, Plaintiff(s)<br><br>                                  vs.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, Defendant(s) | DATE:  August 22, 2018<br>TIME:  2:00 pm<br>COURTROOM: 303<br>ADDRESS: 3420 Twelfth Street<br>               Riverside, CA 92501 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☐  Continued to the following date for a further status conference:    (*date*) _____    (*time*)
   b. x   A joint status report must be filed and served, including a judge's copy, by

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                              Page 1                                                  **F 7016-1.2.ORDER.STATUS.CONF**

**February 20, 2019**

c.  ☐  The last day to join other parties and to amend pleadings is *(specify date)*:

d.  x  The last day for dispositive motions to be filed and served, including a judge's copy, is: **February 15, 2019**

e.  ☐  The last date for pre-trial motions to be heard is *(date)*:

f.  x  The last day for discovery to be completed, including receiving responses to discovery requests, is **January 30, 2019**

g.  ☐  A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)*
    ☐ No pre-trial stipulation or pre-trial order is required

h.  x  A pre-trial conference is set for: **February 27, 2019 at 2 pm**
    ☐ No pre-trial conference is required

i.  ☐  Estimate of time for trial *(specify number of hours)*:

j.  ☐  A trial is set for *(date)* _____ *(time)*

k.  ☐  The adversary proceeding is dismissed for failure to appear or prosecute
    ☐ with prejudice    ☐ without prejudice

l.  ☐  Notice of next status conference or pre-trial conference date is waived

m.  ☐  Other *(specify)*:

###

Date: August 29, 2018

Mark Houle
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.