M. Erik Clark, #188693
BOROWITZ & CLARK, LLP
100 N. Barranca Street, Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644

Austin C. Smith (*pro hac vice*)
Smith Law Group LLP
3 Mitchell Place
New York. NY 10017
917.992.2121
626.332.8644
Austin@acsmithlawgroup.com

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br>JOHN MARTIN MATA<br>LIVIER MATA | Case No. 16-BK-30625-MH<br>Chapter 7 |
| JOHN M. MATA,<br>Plaintiff,<br>vs.<br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; NATIONAL COLLEGIATE STUDENT LOAN TRAUT 2007-1,<br>Defendants. | Adversary No. 6:18-AP-01089-MH<br><br>NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL |

NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. § 107, Federal Rule of Bankruptcy Procedure 9037, and Local Bankruptcy Rule 5003-2(c), Plaintiff

hereby moves to file a redacted version of Plaintiffs' Memorandum of Law In Opposition to Defendants' Motion for Summary Judgment ("Plaintiff's Opposition") on the public docket and an unredacted version under seal. Plaintiff's Opposition contains quotations from and citations to the Defendants' confidential documents (**Exhibits J and K**) that have been filed under seal (at ECF # 41) pursuant to this Court's order of January 16, 2019 (ECF # 39).

Pursuant to Local Bankruptcy Rule 9013-1(P)(12), this matter may be ruled upon after notice is given but without a hearing.

As set forth in the Declaration of Austin C. Smith below, this sealed filing is necessary to comply with the Stipulated Proactive Order and this Court's Order Granting Motion To Seal Document (ECF No. 39).

Date: January 30, 2019

M. Erik Clark
Attorney for Plaintiff

# DECLARATION OF AUSTIN C. SMITH

1. I am counsel of record for the Plaintiff in this action.
2. Pursuant to the Stipulated Protective Order (ECF No. 31), Defendants have produced two confidential documents.
3. Pursuant to the Order Granting Motion To Seal Document (ECF No. 39), Defendants have filed these documents under seal in support of their motion for summary judgment.
4. Plaintiff desires to quote from these documents in Plaintiff's opposition to the Defendants' motion for summary judgment ("Plaintiff's Opposition").
5. I have sought in good faith to reduce the need for this confidential filing. *See e,g., Prime Healthcare Centinela, LLC v. Kimberly–Clark Corporation*, 2016 WL 7177531, at *2 (C. D. Cal. 2016) (stating that parties must meet and confer in an attempt to reduce the need for filing under seal).
6. On January 22, 2019, I emailed defense counsel a link to the SEC website showing that an unsigned copy of **Exhibit J** was already publicly available and thus was not, in my estimation, covered under the terms of the Stipulated Protective Order.
7. On January 23, 2019, Defense counsel responded that he would not withdraw the confidentiality designation.
8. Rather than waste the parties or Court's time litigating this issue or file a

competing version of Exhibit J, I seek to file the Plaintiff's Opposition under seal, along with a redacted copy of Plaintiff's Opposition on the public docket.

**9.** Plaintiff's Opposition is not due until February 6, 2019.

**10.** Plaintiff's Opposition will contain between ½ page and 1 page of redacted information quoted directly from the confidential documents.

**I declare under penalties of perjury of the laws of the United States that the above is true and correct.**

**Executed this 29th day of January, 2019.**

***/s Austin C. Smith***

**Attorney for Plaintiff**

Main Document Page 5 of 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 N. Barranca Street, Suite 250
West Covina, CA 91791

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On _January 30, 2019______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **John M. & Livier Mata**<br>**426 1/2 West B Street**<br>**Ontario CA 91762** | **Honorable Mark Houle**<br>**US Bankruptcy Court**<br>**3420 Twelfth Street, Suite 365**<br>**Riverside, CA 92501** | **Smith Law Group LLP**<br>**3 Mitchell Place**<br>**New York, NY 10017** |

| | |
|---|---|
| **Attorney for Defendant National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1**<br>Patenaude & Felix, A.P.C.<br>4545 Murphy Canyon Road, 3rd Fl.<br>San Diego, CA 92123 | **National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1**<br>800 Boylston Street 34Th Floor<br>Boston, MA02199-8157 |

☐ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2019 | Dolores Orozco | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**