Erik Clark, #188693
BOROWITZ & CLARK, LLP
100 N. Barranca Street, Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644

Austin C. Smith
SMITH LAW GROUP LLP
3 Mitchell Place
New York, NY 10017
917-992-2121
austin@acsmithlawgroup.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>JOHN MARTIN MATA<br>LIVIER MATA | Case No.  16-BK-30625-MH<br>Chapter 7 |
| JOHN M. MATA,<br>            Plaintiff,<br><br>    vs.<br>NATIONAL COLLEGIATE STUDENT<br>LOAN TRUST 2006-1; NATIONAL<br>COLLEGIATE STUDENT LOAN<br>TRUST 2006-4; NATIONAL<br>COLLEGIATE STUDENT LOAN<br>TRAUT 2007-1,<br>            Defendants. | Adversary No. 6:18-AP-01089-MH |

**DECLARATION OF AUSTIN C. SMITH IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REQUEST
FOR JUDICIAL NOTICE**

1. I am counsel of record for Plaintiffs in this matter.

2. During the course of discovery, I personally obtained various documents from the internet, Westlaw and PACER that are relevant to this motion.

3. A true and correct copy of the relevant excerpt the Bankruptcy Improvement Act: Hearing on P.L. 98-353 Before the S. Comm. on Judiciary, at 328 (April 6, 1983) (Comments on Subtitle I of S. 445) is attached as **Exhibit 1.**

4. A true and correct copy of the TERI Graduate Loan Limits, which I obtained from the Internet Archive, is attached as **Exhibit 2.** Documents obtained from the Intern Archive or Wayback Machine are capable of judicial notice. *See UL LLC v. Space Chariot Inc.,* 250 F.Supp.3d 596, 604 (C.D.Cal., 2017)("Courts have taken judicial notice of the contents of web pages available through the Wayback Machine as facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.") (citing *Erickson v. Nebraska Mach. Co.*, 2015 WL 4089849, at *1 (N.D. Cal. July 6, 2015)); *see also Pond Guy, Inc. v. Aquascape Designs, Inc*, 2014 WL 2863871, at *4 (E.D. Mich. June 24, 2014) ("As a resource the accuracy of which cannot reasonably be questioned, the Internet Archive has been found to be an acceptable source for the taking of judicial notice.").

5. A true and correct copy of the Loma Linda University's Institutional Characteristics for the 2005-2006, 2006-2007, and 2007-2008 academic

years is attached as **Exhibit 3**. Part D section 9 of each document lists "Graduate Student Charges" and states that the regular charges for a graduate student was (i) $15,672 during the 2005-2006 academic year; (ii) $18,520 during the 2006-2007 academic year; (iii) $19,640 during the 2007-2008 academic year.    I obtained Exhibit 3 from the IPEDS data-system within the National Center of Education Statistics run by the United States Department of Education.[1]  Documents obtained from government websites are self-authenticating.[2]    Furthermore, the Department of Education is required by law to collect and make public this data by the Higher Education Act, 20 U.S.C. 1015 and 20 U.S.C. 1092b.

6. A true, complete and correct copy of the Defendants' Responses and Objections to Plaintiff's First Set Of Discovery Requests are attached as **Exhibit 4**.

---

[1] *See About Us, NCES* ("The National Center for Education Statistics (NCES) is the primary federal entity for collecting and analyzing data related to education in the U.S. and other nations. NCES is located within the U.S. Department of Education and the Institute of Education Sciences. NCES fulfills a Congressional mandate to collect, collate, analyze, and report complete statistics on the condition of American education; conduct and publish reports; and review and report on education activities internationally."), available at, https://nces.ed.gov/about/

[2]   *Williams v. Long,* 585 F.Supp.2d 679, 687–88 (D.Md.,2008) ("Cases following *Sannes* showed approval of the decision, and a willingness to accept postings on "government websites" as inherently authentic. For example, in *Hispanic Broad. Corp. v. Educ. Media Found.,* No. CV027134CAS (AJWX), 2003 WL 22867633 (C.D.Cal. Oct.30, 2003), the court noted how "exhibits which consist of *records* from *government websites,* such as the FCC website, are self-authenticating." *Id.* at \*5 n.5 (emphasis added). Subsequently, in \*688 *Shell Oil Co. v. Franco,* No. CV 03–8846 NM (PJWx), 2004 WL 5615656 (C.D.Cal. May 18, 2004), the court remarked that "records from government websites are self-authenticating," and permitted the plaintiff to introduce internet reports from the U.S. State Department website (citing *Hispanic Broad. Corp.,* 2003 WL 22867633, at \*5).")

7. A true, complete and correct copy of the Order Authorizing The Education Resources Institute, Inc. To Reject And Terminate Certain Executory Contracts And Approving Settlement Under Fed. R. Bank. P. 9019 ("Order Rejecting and Terminating Certain Executory Contracts"), is attached as **Exhibit 5**. I obtained this document from PACER. *See* Fed. Evid. R. 201(b); *see MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986).

8. A true and correct copy of the Fourth Amended Joint Plan of Reorganization Of The Education Resources Institute, Inc. and The Official Committee of Unsecured Creditors ("TERI's Fourth Amended Plan") is attached as **Exhibit 6.** I obtained this document from PACER. *See* Fed. Evid. R. 201(b); *see MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986).

9. A true and correct copy of a recent decision, *In re Golden*, from the United States Bankruptcy Court for the Eastern District of New York is attached as **Exhibit 7**. I obtained this document from PACER. *See* Fed. Evid. R. 201(b); *see MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986).

10. Plaintiff hereby requests that the Court take judicial notice of the above referenced documents.

**I declare under penalties of perjury of the laws of the United States that**

1    the above is true and correct.

2    Executed this 4th day of February, 2019.

3

4

5    */s Austin C. Smith*

6    **Attorney for Plaintiff**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 N. Barranca Street, Suite 250
West Covina, CA 91791

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF AUSTIN C. SMITH IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR JUDICIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _February 5, 2019_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| John M. & Livier Mata<br>426 1/2 West B Street<br>Ontario  CA  91762 | Honorable Mark Houle<br>US Bankruptcy Court<br>3420 Twelfth Street, Suite 365<br>Riverside,  CA 92501 | Smith Law Group LLP<br>3 Mitchell Place<br>New York, NY 10017 |
| Attorney for Defendant National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1<br>Patenaude & Felix, A.P.C.<br>4545 Murphy Canyon Road, 3rd Fl.<br>San Diego, CA 92123 | National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1<br>800 Boylston Street 34Th Floor<br>Boston, MA02199-8157 | |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2019 | Dolores Orozco | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.