

**FILED & ENTERED**

FEB 26 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>JOHN MARTIN MATA<br>LIVIER MATA,<br><br>　　　　　　　　　　　　**Debtor(s)**.<br><br>JOHN M. MATA,<br><br>　　　　　　　　　　　　**Plaintiff**,<br>　vs.<br><br>NATIONAL COLLEGIATE<br>STUDENT LOAN TRUST 2006-1, et al.,<br><br>　　　　　　　　　　　　**Defendants**. | Case No.:  6:16-30625 MH<br><br>Adversary No.: 6:18-01089 MH<br><br>Chapter 7<br><br>**ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT; and STATUS CONFERENCE**<br><br>Date:　　March 27, 2019<br>Time:　　2:00 p.m.<br>Ctrm:　　303 |

　　**IT IS HEREBY ORDERED** that, on the Court's own motion, the hearing on the Motion for Summary Judgment and related Status Conference, currently set for February 27, 2019, at 2:00 p.m. in the above-captioned case are continued to **March 27, 2019,** at **2:00 p.m.** in **Courtroom 303**, of the above-captioned Court.

Date: February 26, 2019

　　　　　　　　　　　　　　　　　　　　　Mark Houle
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

- 1 -