Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
drichard@sessions.legal
*Attorneys for Defendants*
*National Collegiate Student Loan Trust 2006-1,*
*National Collegiate Student Loan Trust 2006-4,*
*National Collegiate Student Loan Trust 2007-4*
*(erroneously sued as National Collegiate Student Loan Trust 2007-1)*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE:<br><br>    JOHN MARTIN MATA<br>    LIVIER MATA<br><br>_____<br><br>JOHN M. MATA,<br>              Plaintiff,<br><br>   vs.<br><br>NATIONAL COLLEGIATE<br>STUDENT LOAN TRUST 2006-1, et<br>al.<br>             Defendants.<br>_____ | Case No.  16-BK-30625-MH<br><br>Chapter 7<br><br>Adversary No. 6:18-AP-01089-MH<br><br>DECLARATION OF DAMIAN P. RICHARD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, DAMIAN P. RICHARD, declare:

1.    I am an attorney admitted to practice before this Court.  I am an attorney with the law firm of Sessions, Fishman, Nathan & Israel, L.L.P, attorneys of record for Defendants National Collegiate Student Loan Trust 2006-1 ("NCSLT 2006-1"), National Collegiate Student Loan Trust 2006-4 ("NCSLT 2006-4"), and National Collegiate Student Loan Trust 2007-4 (erroneously sued as National Collegiate Student Loan Trust 2007-1) ("NCSLT 2007-4"), (collectively

1    "Defendants"). This Declaration is based on my personal knowledge of the matters
2    set forth herein. These matters occurred during the course of this lawsuit and were
3    personally witnessed by me. This Declaration is made in support of Defendants'
4    motion for summary judgment.

5        2.    On October 18, 2018, I served a subpoena duces tecum upon Loma
6    Linda University ("LLU"). Attached as **Exhibit 1** to this Declaration is a true and
7    correct copy of the subpoena and documents produced thereafter by LLU in
8    response to the subpoena.

9        3.    On April 17, 2019, I accessed publicly-available records from the
10   website for the Integrated Postsecondary Education Data System ("IPEDS") from
11   the National Center for Education Statistics ("NCES") for LLU *available at*
12   https://nces.ed.gov/collegenavigator/?q=loma+linda&s=all&id=117636    *and*
13   https://nces.ed.gov/globallocator/col_info_popup.asp?ID=117636.    Attached as
14   **Exhibit 2** to this Declaration is a true and correct copy of the publicly-available
15   records regarding LLU from the NCES IPEDS database.

16       4.    On April 17, 2019, I accessed publicly-available records from the
17   website of LLU regarding LLU's two on-campus dormitories— Daniells Hall and
18   Lindsay Hall—which are available to graduate students. Attached as **Exhibit 3** to
19   this Declaration is a true and correct copy of the publicly-available records from
20   LLU's website regarding Daniells Hall and Lindsay Hall, *available at*
21   https://home.llu.edu/campus-and-spiritual-life/housing-dining/residence-
22   halls/daniells-hall/general-information    *and*    https://home.llu.edu/campus-and-
23   spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info.

24       I declare under penalty of perjury under the laws of the United States of
25   America that the foregoing is true and correct.

26       Executed this 23rd day of April, 2019, at San Diego, California.

27                                    /s/*Damian P. Richard*

28                                    Damian P. Richard

# Exhibit 1

Exhibit 1

B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re _John Martin Mata and Livier Mata_
    Debtor

_(Complete if issued in an adversary proceeding)_

_John Martin Mata_
    Plaintiff
    v.
_NCSLT 2006-1, NCSLT 2006-4, NCSLT 2007-4_
    Defendant

Case No. 16-BK-30625-MH

Chapter 7

Adv. Proc. No. 18-AP-01089-MH

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Richard H. Hart, President & CEO, Loma Linda University, 11139 Anderson St., Loma Linda, CA 92350
    _(Name of person to whom the subpoena is directed)_

[X] _Testimony_: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE | Veritext Court Reporting<br>611 Anton Boulevard<br>Costa Mesa, CA 92626 | DATE AND TIME<br>November 19, 2018, 10:00 a.m. |
|---|---|---|

The deposition will be recorded by this method:

[X] _Production_: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
    _See_ attached "Exhibit A" Demand for Production of Documents.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: October 17, 2018

    CLERK OF COURT

                                              OR

    _____                _____
    _Signature of Clerk or Deputy Clerk_              _Attorney's signature_

The name, address, email address, and telephone number of the attorney representing _(name of party)_
    NCSLT Defendants            , who issues or requests this subpoena, are:
    D.P. Richard, Esq., SFNI, 1545 Hotel Circle South, Suite 150, San Diego, CA 92108 (619) 222-1243

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Exhibit A
Documents to be produced:

1. Any and all DOCUMENTS and RECORDS setting forth the COST OF ATTENDANCE, as determined by Loma Linda University ("LLU"), in 2006 and 2007 for a graduate student pursuing a master's degree in counseling, including but not limited to expenses pertaining to: full-time tuition and fees; costs for rental or purchase of any equipment, materials, or supplies required of all students in the same course of study; an allowance for books, supplies, transportation, and miscellaneous personal expenses; a reasonable allowance for the documented rental or purchase of a personal computer; an allowance for room and board costs.

2. Any and all DOCUMENTS and RECORDS pertaining to financial aid either applied-for or obtained by Plaintiff John Martin Mata, SSN XXX-XX-8533, DOB: XX/XX/1968, LLU master's in counseling candidate 2005-2008, including but not limited to any and all grants, loans, scholarships, stipends, or other financial assistance of any kind.

The term "DOCUMENTS and RECORDS" are defined herein to be synonymous in meaning and equal in scope to the usage of the term "writing" and "recording," whether an "original" or a "duplicate" as defined in Fed. R. Evid. 1001, which provides:

(a) A "writing" consists of letters, words, numbers, or their equivalent set down in any form.

(b) A "recording" consists of letters, words, numbers, or their equivalent recorded in any manner.

(c) A "photograph" means a photographic image or its equivalent stored in any form.

(d) An "original" of a writing or recording means the writing or recording itself or any counterpart intended to have the same effect by the person who executed or issued it. For electronically stored information, "original" means any printout or other output readable by sight if it accurately reflects the information. An "original" of a photograph includes the negative or a print from it.

(e) A "duplicate" means a counterpart produced by a mechanical, photographic, chemical, electronic, or other equivalent process or technique that accurately reproduces the original.

The term "PERTAINING to" shall mean commenting upon, including, concerning, containing,

regarding, discussing, reflecting, relating to, relevant to, used in connection with, embodying or evidencing, and should be construed in the broadest sense possible.

The term "COST OF ATTENDANCE" is defined herein to be synonymous in meaning and equal in scope to the usage of the term as defined in 20 U.S.C. 1087ll which includes all of the following "tuition and fees normally assessed a student carrying the same academic workload as determined by the institution, and including costs for rental or purchase of any equipment, materials, or supplies required of all students in the same course of study . . . an allowance for books, supplies, transportation, and miscellaneous personal expenses, including a reasonable allowance for the documented rental or purchase of a personal computer, for a student attending the institution on at least a half-time basis, as determined by the institution . . . an allowance (as determined by the institution) for room and board costs incurred by the student . . . . an allowance for the actual cost of any loan fee, origination fee, or insurance premium charged to such student or such parent on such loan, or the average cost of any such fee or premium charged by the Secretary, lender, or guaranty agency making or insuring such loan, as the case may be; and . . . at the option of the institution, for a student in a program requiring professional licensure or certification, the one-time cost of obtaining the first professional credentials (as determined by the institution)."

CASE NAME: In Re: John Martin Mata
ADVERSARY CASE NO:        6:18-AP-01089-mh

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

Subpoena to Testify at a Deposition

(  )    BY U.S. MAIL

        I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( x )    BY FEDERAL EXPRESS DELIVERY

        I served a true and correct copy of the above-named documents by Federal Express by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the Federal Express location in San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

Richard H. Hart, President & CEO
Loma Linda University
11139 Anderson St.
Loma Linda, CA 92350

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 18, 2018

Ann M. Coito

**Damian P. Richard**

| | |
|---|---|
| **From:** | Schilt, Nathan <NSchilt@llu.edu> |
| **Sent:** | Monday, November 19, 2018 12:05 PM |
| **To:** | Damian P. Richard |
| **Subject:** | Fwd: Scanned from Schilt & Heinrich LLP |
| | |
| **Sensitivity:** | Confidential |

Let me know if you need anything else or if you would like this documentation in an Evidence Code compliant format.

Nate

Sent from my iPhone

Begin forwarded message:

> **From:** "Oloo, Winetta (LLU)" <woloo@llu.edu>
> **Date:** November 19, 2018 at 10:50:57 AM PST
> **To:** "Domingo, Miriam (LLU)" <mmdomingo@llu.edu>, "Buckles, Beverly (LLU)"
> <bbuckles@llu.edu>, "Schilt, Nathan" <NSchilt@llu.edu>
> **Subject: RE: Scanned from Schilt & Heinrich LLP**
>
> Good morning Mr. Schilt,
>
> Please see below fees for 2005-06 and 2006-07 academic years in the MS MFT program gathered by our Associate Dean of Finance Miriam Domingo.
>
> Tuition:
> 2005-6  $465 per unit https://home.llu.edu/sites/home.llu.edu/files/docs/2005-06universitycatalog.pdf p.170
> 2006-7  $535 per unit https://home.llu.edu/sites/home.llu.edu/files/docs/2006-07universitycatalog.pdf p. 194
>
> In year 1 (2005-6) full-time students took 42 units totaling $19,530. In year 2 (2006-7) full time students took 36 units totaling $19,260.
>
> Enrollment fees:
> 2005-06 $393 ($300 health/$93 student affairs)
> 2006-07 $430 ($330  health/$100 student affairs)
>
> Thank you,
> Winetta Oloo, PhD, LMFT
> Chair & Associate Professor
> Counseling & Family Sciences
> School of Behavioral Health
> Loma Linda University
> (909) 558-4547 Ext. 42099

CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and destroy all copies of this communication and any attachments. Thank you.

19-NOV-2018 16:11:05

Loma Linda University Student Finance
Student Account Summary

8810041   Mata, John Martin                    01-MAR-1968  Male    ████8533  SST DMFT   Doct  06/08

All Transactions From 01-JUL-2005 to 30-JUN-2007

| Date | Term | Code | Ref. No. | Description | Amount | Monthly Balance |
|------|------|------|----------|-------------|--------|-----------------|
| 01-JUL-2005 | | | | B e g i n n i n g   B a l a n c e | 807.41 | |
| 05-JUL-2005 | 200601 | 18XX | | Enrollment Fees | 393.00 | |
| 05-JUL-2005 | 200601 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 05-JUL-2005 | 200601 | 1648 | | Marr & Fam Ther PhD Tuitn | 3,720.00 | |
| 05-JUL-2005 | 200601 | 1648 | | Marr & Fam Ther PhD Tuitn | 465.00 | |
| 11-JUL-2005 | 200601 | 3802 | CL071105 | Acct Advance | 1,260.00 | |
| 11-JUL-2005 | 200601 | 2477 | CL071105 | Rush Acct Withdrawal Fee | 20.00 | |
| 21-JUL-2005 | 200601 | 3735 | PC072105 | Parking Citation/99066108 | 10.00 | |
| 21-JUL-2005 | 200601 | 1648 | SF30215 | REV MFam Th PhD Tuitn/MFTH 557 | 1,395.00CR | |
| 29-JUL-2005 | 200601 | 2998 | | FINANCE CHARGE | 6.73 | 5,387.15 |
| 17-AUG-2005 | 200601 | 3802 | CL081705 | Acct Advance | 1,280.00 | |
| 31-AUG-2005 | 200601 | 2998 | | FINANCE CHARGE | 44.87 | 6,712.02 |
| 01-SEP-2005 | 200601 | 4660 | EFT | Fed Stafford Loan | 4,250.00CR | |
| 01-SEP-2005 | 200601 | 4667 | EFT | Unsub Fed Stafford Loan | 3,738.00CR | |
| 12-SEP-2005 | 200601 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01CR | |
| 21-SEP-2005 | 200602 | 3801 | CL092105 | Acct Withdrawal | 1,375.00 | |
| 26-SEP-2005 | 200602 | 4660 | EFT | Fed Stafford Loan | 4,250.00CR | |
| 26-SEP-2005 | 200602 | 4667 | EFT | Unsub Fed Stafford Loan | 3,738.00CR | |
| 28-SEP-2005 | 200602 | 3821 | CL092805 | Acct Withdrawal/Direct Dp | 3,410.99 | |
| 29-SEP-2005 | 200601 | 2998 | SF30224 | FINANCE CHARGE | 51.60CR | 4,629.60CR |
| 03-OCT-2005 | 200602 | 18XX | | Enrollment Fees | 393.00 | |
| 03-OCT-2005 | 200602 | 1648 | | Marr & Fam Ther PhD Tuitn | 4,185.00 | |
| 03-OCT-2005 | 200602 | 4101 | | Visa Card Payment | 1,575.90CR | |
| 03-OCT-2005 | 200602 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 03-OCT-2005 | 200602 | 1648 | | Marr & Fam Ther PhD Tuitn | 930.00 | |
| 04-OCT-2005 | 200602 | 2001 | BS100405 | Bookstore 10.03.05 | 198.69 | |
| 19-OCT-2005 | 200602 | 3801 | CL101905 | Acct Withdrawal | 117.90 | 280.90CR |
| 05-JAN-2006 | 200603 | 18XX | | Enrollment Fees | 393.00 | |
| 05-JAN-2006 | 200603 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 05-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,395.00 | |
| 05-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,860.00 | |
| 05-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,860.00CR | |
| 05-JAN-2006 | 200603 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01CR | |
| 05-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,395.00CR | |
| 05-JAN-2006 | 200603 | 2474 | | Late Registration Fee | 50.00 | |
| 05-JAN-2006 | 200603 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 05-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 4,185.00 | |
| 05-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 930.00CR | |
| 10-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,860.00 | |
| 10-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,860.00 | |
| 10-JAN-2006 | 200603 | 18XX | | Enrollment Fees | 393.00 | |
| 10-JAN-2006 | 200603 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 10-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,395.00 | |
| 10-JAN-2006 | 200603 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01CR | |
| 10-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,395.00CR | |
| 10-JAN-2006 | 200603 | 2474 | | Late Registration Fee | 50.00CR | |
| 10-JAN-2006 | 200603 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01CR | |
| 10-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 4,185.00CR | |
| 10-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 930.00 | |
| 13-JAN-2006 | 200603 | 3801 | CL011306 | Acct Withdrawal | 260.90 | |
| 13-JAN-2006 | 200603 | 2477 | CL011306 | Rush Acct Withdrawal Fee | 20.00 | |
| 26-JAN-2006 | 200603 | 18XX | | Enrollment Fees | 393.00 | |
| 26-JAN-2006 | 200603 | 2474 | | Late Registration Fee | 50.00 | |
| 26-JAN-2006 | 200603 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 26-JAN-2006 | 200603 | 1648 | | Marr & Fam Ther PhD Tuitn | 3,255.00 | |
| 27-JAN-2006 | 200603 | 2001 | BS012706 | Bookstore 01.26.06 | 475.81 | |
| 30-JAN-2006 | 200603 | 2504 | SF30239 | Instalmnt/Late Pymt Fee | 50.00 | 4,323.82 |
| 02-FEB-2006 | 200603 | 3115 | MP020206 | Meal Charges 01/26 | 6.75 | |
| 03-FEB-2006 | 200603 | 4667 | EFT | Unsub Fed Stafford Loan | 1,262.00CR | |
| 08-FEB-2006 | 200603 | 2001 | BS020806 | Bookstore 02.07.06 | 3.43 | |
| 09-FEB-2006 | 200603 | 3735 | PC020906 | Parking Citation/50200551 | 30.00 | |
| 10-FEB-2006 | 200603 | 4667 | EFT | Unsub Fed Stafford Loan | 1,262.00CR | |

19-NOV-2018 16:11:05                    Loma Linda University Student Finance                          Page 2
                                         Student Account Summary                                       TYRACCT

8810041   Mata, John Martin                    01-MAR-1968  Male   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  SST DMFT    Doct  06/08

All Transactions From 01-JUL-2005 to 30-JUN-2007

| Date | Term | Code | Ref. No. | Description | Amount | Monthly Balance |
|------|------|------|----------|-------------|--------|-----------------|
| 22-FEB-2006 | 200603 | 2001 | BS022206 | Bookstore 02.19.06 | 78.10 | |
| 28-FEB-2006 | 200603 | 2998 | | FINANCE CHARGE | 14.99 | 1,933.09 |
| 23-MAR-2006 | 200604 | 4124 | | Bankcard Web Pymt | 5,731.10CR | |
| 30-MAR-2006 | 200604 | 2001 | BS033006 | Bookstore 03.29.06 | 433.24 | |
| 30-MAR-2006 | 200604 | 2001 | BS033006 | Bookstore 03.29.06 | 6.35 | 3,358.42CR |
| 03-APR-2006 | 200604 | 18XX | | Enrollment Fees | 393.00 | |
| 03-APR-2006 | 200604 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 03-APR-2006 | 200604 | 1648 | | Marr & Fam Ther PhD Tuitn | 3,255.00 | |
| 03-APR-2006 | 200604 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01CR | |
| 03-APR-2006 | 200604 | 1648 | | Marr & Fam Ther PhD Tuitn | 3,255.00CR | |
| 03-APR-2006 | 200604 | 2474 | | Late Registration Fee | 50.00 | |
| 03-APR-2006 | 200604 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 03-APR-2006 | 200604 | 1648 | | Marr & Fam Ther PhD Tuitn | 3,255.00 | |
| 03-APR-2006 | 200604 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,395.00CR | |
| 03-APR-2006 | 200604 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,395.00 | |
| 13-APR-2006 | 200604 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,488.00CR | |
| 14-APR-2006 | 200604 | 3821 | CL041406 | Acct Withdrawal/Direct Dp | 1,028.41 | |
| 14-APR-2006 | 200604 | 2477 | CL041406 | Rush Acct Withdrawal Fee | 20.00 | 0.00 |
| 18-MAY-2006 | 200604 | 2001 | BS051806 | Bookstore 05.17.06 | 17.91 | 17.91 |
| 28-JUN-2006 | 200701 | 3802 | CL062806 | Acct Advance | 1,380.00 | |
| 30-JUN-2006 | 200701 | 2998 | | FINANCE CHARGE | 0.15 | 1,398.06 |
| 03-JUL-2006 | 200701 | 18XX | | Enrollment Fees | 430.00 | |
| 03-JUL-2006 | 200701 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 03-JUL-2006 | 200701 | 1648 | | Marr & Fam Ther PhD Tuitn | 3,210.00 | |
| 03-JUL-2006 | 200701 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01CR | |
| 03-JUL-2006 | 200701 | 1648 | | Marr & Fam Ther PhD Tuitn | 3,210.00CR | |
| 03-JUL-2006 | 200701 | 2474 | | Late Registration Fee | 50.00 | |
| 03-JUL-2006 | 200701 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 03-JUL-2006 | 200701 | 1648 | | Marr & Fam Ther PhD Tuitn | 3,210.00 | |
| 03-JUL-2006 | 200701 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,605.00CR | |
| 03-JUL-2006 | 200701 | 5274 | | Wirth Loan/GS | 500.00 | |
| 06-JUL-2006 | 200701 | 4660 | EFT | Fed Stafford Loan | 2,125.00CR | |
| 06-JUL-2006 | 200701 | 4667 | EFT | Unsub Fed Stafford Loan | 2,500.00CR | |
| 10-JUL-2006 | 200701 | 3801 | CL071006 | Acct Withdrawal | 1,521.93 | |
| 10-JUL-2006 | 200701 | 2477 | CL071006 | Rush Acct Withdrawal Fee | 20.00 | 0.00 |
| 22-AUG-2006 | 200701 | 2001 | BS082206 | Bookstore 08.21.06 | 345.53 | 345.53 |
| 20-SEP-2006 | 200702 | 3802 | CL092006 | Acct Advance | 1,039.46 | |
| 25-SEP-2006 | 200702 | 4660 | EFT | Fed Stafford Loan | 2,125.00CR | |
| 25-SEP-2006 | 200702 | 4667 | EFT | Unsub Fed Stafford Loan | 2,500.00CR | |
| 25-SEP-2006 | 200702 | 5274 | | Wirth Loan/GS | 500.00CR | 3,740.01CR |
| 03-OCT-2006 | 200702 | 18XX | | Enrollment Fees | 430.00 | |
| 03-OCT-2006 | 200702 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01 | |
| 03-OCT-2006 | 200702 | 1648 | | Marr & Fam Ther PhD Tuitn | 3,210.00 | 0.00 |
| 03-JAN-2007 | 200703 | 18XX | | Enrollment Fees | 430.00 | |
| 03-JAN-2007 | 200703 | 1640 | | Marr & Fam Ther Mstr Tuitn | 1,495.01 | |
| 03-JAN-2007 | 200703 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,605.00 | |
| 03-JAN-2007 | 200703 | 1640 | | Marr & Fam Ther Mstr Tuitn | 1,495.01CR | |
| 03-JAN-2007 | 200703 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,605.00CR | |
| 03-JAN-2007 | 200703 | 1640 | | Marr & Fam Ther Mstr Tuitn | 1,495.01 | |
| 03-JAN-2007 | 200703 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,605.00 | |
| 03-JAN-2007 | 200703 | 1640 | | Marr & Fam Ther Mstr Tuitn | 1,395.00CR | |
| 03-JAN-2007 | 200703 | 1640 | | Marr & Fam Ther Mstr Tuitn | 100.01CR | |
| 09-JAN-2007 | 200703 | 18XX | | Enrollment Fees | 430.00CR | |
| 09-JAN-2007 | 200703 | 1640 | | Marr & Fam Ther Mstr Tuitn | 1,495.01CR | |
| 09-JAN-2007 | 200703 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,605.00CR | |
| 09-JAN-2007 | 200703 | 1640 | | Marr & Fam Ther Mstr Tuitn | 1,495.01 | |
| 09-JAN-2007 | 200703 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,605.00 | |
| 09-JAN-2007 | 200703 | 1640 | | Marr & Fam Ther Mstr Tuitn | 1,495.01CR | |
| 09-JAN-2007 | 200703 | 1648 | | Marr & Fam Ther PhD Tuitn | 1,605.00CR | |

19-NOV-2018 16:11:05                    Loma Linda University Student Finance                    Page 3
                                        Student Account Summary                                  TYRACCT

8810041    Mata, John Martin              01-MAR-1968  Male    ████8533  SST DMFT    Doct  06/08

                        All Transactions From 01-JUL-2005 to 30-JUN-2007

                                                                                        Monthly
   Date      Term  Code  Ref.  No.              Description              Amount         Balance
----------- ------ ----  --------- ------------------------------------- -------------- --------------
09-JAN-2007 200703 1640              Marr & Fam Ther Mstr Tuitn           1,395.00
09-JAN-2007 200703 1640              Marr & Fam Ther Mstr Tuitn             100.01             0.00

30-JUN-2007                              E n d i n g   B a l a n c e         0.00

                 Code        Description            Count      Amount
                 ----  ------------------------------ -------  ----------------
                       Beginning Balance                         807.41
                 1640  Marr & Fam Ther Mstr Tuition     27       500.05
                 1648  Marr & Fam Ther PhD Tuitn        35     17,742.00
                 18XX  Enrollment Fees                  10      2,432.00
                 2001  Campus Bookstore                  8      1,559.06
                 2474  Late Registration Fee/Non Deg     5        150.00
                 2477  Rush Acct Withdrawal Fee          4         80.00
                 2504  Late Payment Fee                  1         50.00
                 2998  FINANCE CHARGE                    5         15.14
                 3115  Campus Meal Charges               1          6.75
                 3735  Parking Citation                  2         40.00
                 3801  Acct Withdrawal                   4      3,275.73
                 3802  Acct Advance                      4      4,959.46
                 3821  Acct Withdrawal/Direct Dp         2      4,439.40
                 4101  Visa Card Payment                 1      1,575.90CR
                 4124  American Express Card Web Pymt    1      5,731.10CR
                 4660  Stafford Loan - Fed Direct        4     12,750.00CR
                 4667  Unsub Stafford Loan-Fed Direct    6     15,000.00CR
                 5274  Wirth Loan/GS                     2      1,000.00CR
                                                      =======  ================
                                                        122          0.00

# Exhibit 2

Exhibit 2

Loma Linda University


🖨 Print        📄 More Information

| Information | |
| --- | --- |
| **Institution Name:**<br>Loma Linda University | **Institution Type:**<br>College |
| **Address:**<br>11139 Anderson Street<br>Loma Linda, CA 92350 | **General information:**<br>(909) 558-1000<br>**Financial aid office:**<br>www.llu.edu/students/financial-aid/<br>**Admissions office:**<br>www.llu.edu/explore/     **IPEDS ID:**<br>117636 |

| Characteristics | |
| --- | --- |
| **Description:** | Private not-for-profit, 4-year or above |
| **Certificates offered:** | Less-than one year, One but less than two years, Two but less than four years, Postbaccalaureate, Post-master's |
| **Degrees offered:** | Associate's, Bachelor's, Master's, Doctor's-research/scholarship, Doctor's-professional practice, Doctor's-other |

### Enrollment

| | |
| --- | --- |
| **Total enrollment:** | 4,417 |
| **Undergraduate enrollment:** | 1,183 |
| **Percent of Undergraduate enrollment** | |
| **by gender** | |
| Men: | 25.4% |
| Women: | 74.6% |
| **by race/ethnicity** | |
| American Indian or Alaskan Native: | 0.2% |
| Asian: | 24.6% |
| Black or African American: | 3.8% |
| Hispanic/Latino: | 34.6% |
| Native Hawaiian or other Pacific Islander: | 0.3% |
| White: | 29.3% |
| Two or more races: | 4.2% |
| Non-resident alien: | 3.0% |

(Enrollment data Fall 2017)

### Financial

**Program prices for full-time students**

| | 2018-19 | 2017-18 | 2016-17 |
| --- | --- | --- | --- |

(Source: IPEDS College data 2018-2019)

**National Center for Education Statistics**
Institute of Education Sciences

Close Window ⊗ 



IES    NCES   **National Center for Education Statistics**   ☰ MENU      Search    Go

## C☉LLEGENavigator

### Loma Linda University
11139 Anderson Street, Loma Linda, California 92350

| | |
|---|---|
| General information: | (909) 558-1000 |
| Website: | www.llu.edu/index.html |
| Type: | 4-year, Private not-for-profit |
| Awards offered: | Less than one year certificate |
| | One but less than two years certificate |
| | Associate's degree |
| | Two but less than 4 years certificate |
| | Bachelor's degree |
| | Postbaccalaureate certificate |
| | Master's degree |
| | Post-master's certificate |
| | Doctor's degree - research/scholarship |
| | Doctor's degree - professional practice |
| | Doctor's degree - other |
| Campus setting: | Suburb: Large |
| Campus housing: | Yes |
| Student population: | 4,417 (1,183 undergraduate) |
| Student-to-faculty ratio: | 3 to 1 |



View on Google Maps

IPEDS ID: 117636
OPE ID: 00121800

---

### ⊖ GENERAL INFORMATION

| | |
|---|---|
| Admissions | www.llu.edu/explore/ |
| Apply Online | www.llu.edu/central/apply/index.page |
| Financial Aid | www.llu.edu/students/financial-aid/ |
| Net Price Calculator | www.llu.edu/explore/step1.html |
| Tuition Policies for Servicemembers and Veterans | home.llu.edu/academics/how-apply/veterans-information |
| Disability Services | llucatalog.llu.edu/introduction/accommodation-disability/ |

**Mission Statement**
home.llu.edu/about-llu/mission-and-values

**Special Learning Opportunities**
Distance education – undergraduate programs offered
Distance education – graduate programs offered

**Student Services**
Academic/career counseling service
Employment services for students

**Credit Accepted**
Advanced placement (AP) credits

**Carnegie Classification**
Special Focus Four-Year: Other Health Professions Schools

**Religious Affiliation**
Seventh Day Adventist

**Federal Aid**
Eligible students may receive Pell Grants and other federal aid (e.g. Direct Loans).

**Undergraduate students enrolled who are formally registered with office of disability services**
3% or less

---

| FACULTY AND GRADUATE ASSISTANTS BY PRIMARY FUNCTION, FALL 2017 | FULL TIME | PART TIME |
|---|---|---|
| Total faculty | 444 | 41 |
|    Instructional | 388 | 36 |
|    Research and public service | 56 | 5 |
| Total graduate assistants | - | 82 |
|    Instructional | - | 61 |
|    Research | - | 21 |

---

### ⊖ TUITION, FEES, AND ESTIMATED STUDENT EXPENSES

| AVERAGE TUITION AND FEES FOR ACADEMIC YEAR | 2018-2019 |
|---|---|
| **Undergraduate student tuition and fees** | |
| Tuition | $30,720 |
| Fees | $3,292 |
| **Graduate student tuition and fees** | |
| Tuition | $26,080 |
| Fees | $3,292 |

ALTERNATIVE TUITION PLANS

| TYPE OF PLAN | OFFERED |
|---|---|
| Tuition guarantee plan | |
| Prepaid tuition plan | X |
| Tuition payment plan | |
| Other alternative tuition plan | |

---

### ⊖ FINANCIAL AID

**UNDERGRADUATE STUDENT FINANCIAL AID, 2016-2017**

4/17/2019    Case 6:18-ap-01089-MH    Doc 66    Filed 04/24/19    Entered 04/24/19 09:03:15    Desc
College Navigator - Loma Linda University
Main Document     Page 15 of 31

**All Undergraduate Students**

| TYPE OF AID | NUMBER RECEIVING AID | PERCENT RECEIVING AID | TOTAL AMOUNT OF AID RECEIVED | AVERAGE AMOUNT OF AID RECEIVED |
|---|---|---|---|---|
| Grant or scholarship aid[1] | 699 | 60% | $5,904,105 | $8,447 |
| Pell grants | 399 | 34% | $1,741,430 | $4,364 |
| Federal student loans | 734 | 63% | $7,271,387 | $9,907 |

- [1] Grant or scholarship aid includes aid received, from the federal government, state or local government, the institution, and other sources known by the institution.

- For more information on Student Financial Assistance Programs or to apply for financial aid via the web, visit Federal Student Aid.

⊖ **NET PRICE**

- This institution did not admit full-time first-time undergraduate-level students in 2016-2017, therefore net price information was not reported.

**NET PRICE CALCULATOR**

An institution's net price calculator allows current and prospective students, families, and other consumers to estimate the net price of attending that institution for a particular student.

Visit this institution's **net price calculator**     www.llu.edu/explore/step1.html

⊖ **ENROLLMENT**

**FALL 2017**

| TOTAL ENROLLMENT | 4,417 |
|---|---|
| Undergraduate enrollment | 1,183 |
| Undergraduate transfer-in enrollment | 231 |
| Graduate enrollment | 3,234 |

**UNDERGRADUATE ATTENDANCE STATUS**       **UNDERGRADUATE STUDENT GENDER**



**UNDERGRADUATE RACE/ETHNICITY**



**UNDERGRADUATE STUDENT AGE**



**GRADUATE ATTENDANCE STATUS**



**GRADUATE ATTENDANCE STATUS**

**UNDERGRADUATE DISTANCE EDUCATION STATUS**     **GRADUATE DISTANCE EDUCATION STATUS**

## ADMISSIONS

| | |
|---|---|
| Undergraduate application fee (2018-2019): | $60 |

- This institution does not admit full-time first-time degree/certificate-seeking students, therefore admission information was not reported.

## RETENTION AND GRADUATION RATES

- This institution did not admit full-time first-time undergraduate-level students in the cohort year, therefore graduation rate information was not reported.

## OUTCOME MEASURES

- Alternative measures of student success are reported by degree-granting institutions to describe the outcomes of degree/certificate-seeking undergraduate students who are not only first-time, full-time students, but also part-time attending and non-first-time (transfer-in) students. These measures are also reported for students receiving Pell grants and those students that do not receive Pell grants. These measures provide the 8-year award-completion rates by award level (certificates, associate's and bachelor degrees) after entering an institution. For students who did not earn any undergraduate award after 8-years of entry, the enrollment statuses are reported as either still enrolled at the institution, or subsequently transferred out of the institution. Unlike the Graduation Rates data, all reporting institutions must report on their transfer outs regardless if the institution has a mission that provides substantial transfer preparation.

**FULL-TIME, NON-FIRST-TIME DEGREE/CERTIFICATE-SEEKING UNDERGRADUATES WHO ENTERED IN 2009-10**

**PART-TIME, NON-FIRST-TIME DEGREE/CERTIFICATE-SEEKING UNDERGRADUATES WHO ENTERED IN 2009-10**



**PART-TIME, NON-FIRST-TIME DEGREE/CERTIFICATE SEEKING UNDERGRADUATES WHO ENTERED IN 2009-10**

⊖ **PROGRAMS/MAJORS**

**COMPLETIONS (NUMBER OF AWARDS CONFERRED) 2017-2018**

Completions are the number of awards conferred by program and award level.

| ▼ PROGRAM | ASSOCIATE | BACHELOR | MASTER | DOCTOR | UNDERGRADUATE CERTIFICATE | POSTGRADUATE CERTIFICATE |
|---|---|---|---|---|---|---|
| **Biological And Biomedical Sciences** | | | | | | |
| Anatomy | - | - | 2 | 1 | - | - |
| Biochemistry | - | - | 1 | 3 | - | - |
| Biological and Biomedical Sciences, Other | - | - | 1 | 4 | - | - |
| Biomedical Sciences, General | - | - | 8 | 0 | - | 0 |
| Biostatistics | - | - | 3 | - | - | 0 |
| Epidemiology | - | - | 14 | 3 | - | 0 |
| Medical Microbiology and Bacteriology | - | - | 0 | 0 | - | - |
| Pharmacology | - | - | 0 | 0 | - | - |
| Physiology, General | - | - | 1 | 5 | - | - |
| **Category total** | - | - | **30** | **16** | - | **0** |
| **Education** | | | | | | |
| Counselor Education/School Counseling and Guidance Services | - | - | 0 | - | - | 3 |
| Educational Evaluation and Research | - | - | - | - | - | 0 |
| Teacher Education and Professional Development, Specific Levels and Methods, Other | - | - | 5[d] | - | - | 0 |
| **Category total** | - | - | **5[d]** | - | - | **3** |
| **Family and Consumer Sciences/Human Sciences** | | | | | | |
| Family and Community Services | - | - | 0 | 0 | - | 0 |
| Family Systems | - | - | 0 | 1 | - | 0 |
| Human Development and Family Studies, General | - | - | 10 | - | - | 0 |
| **Category total** | - | - | **10** | **1** | - | **0** |
| **Health Professions and Related Programs** | | | | | | |
| Adult Health Nurse/Nursing | - | - | 0 | 0 | - | 0 |
| Advanced/Graduate Dentistry and Oral Sciences, Other | - | - | 0 | - | - | 6 |
| Allied Health Diagnostic, Intervention, and Treatment Professions, Other | 0 | - | - | - | 1 | - |
| Bioethics/Medical Ethics | - | - | 5 | - | - | 0 |
| Clinical Laboratory Science/Medical Technology/Technologist | - | 18 | - | - | - | - |
| Clinical Nurse Specialist | - | - | 3 | 1 | - | 0 |

- Data shown are for first majors.
- (-) Program is not offered at this award level.
- [d] identifies programs and award levels that are offered as a distance education program. For program category totals, [d] is shown if one or more programs in the category are offered as a distance education program.

| ▼PROGRAM | ASSOCIATE | BACHELOR | MASTER | DOCTOR | UNDERGRADUATE CERTIFICATE | POSTGRADUATE CERTIFICATE |
|---|---|---|---|---|---|---|
| Clinical Nutrition/Nutritionist | - | - | 24$^d$ | 4 | - | - |
| Clinical Pastoral Counseling/Patient Counseling | - | - | 0 | - | - | 0 |
| Clinical/Medical Social Work | - | - | - | 0 | - | - |
| Cytotechnology/Cytotechnologist | - | 1 | - | - | 0 | - |
| Dental Hygiene/Hygienist | 1 | 40$^d$ | - | - | - | - |
| Dentistry | - | - | - | 116 | - | - |
| Diagnostic Medical Sonography/Sonographer and Ultrasound Technician | - | - | - | - | 22$^d$ | - |
| Dietetics/Dietitian | - | 12 | 20 | - | - | - |
| Emergency Medical Technology/Technician (EMT Paramedic) | - | 2 | - | - | - | - |
| Endodontics/Endodontology | - | - | 3 | - | - | 3 |
| Environmental Health | - | - | 4 | - | - | - |
| Family Practice Nurse/Nursing | - | - | 1 | 1 | - | 0 |
| Health and Wellness, General | - | - | - | 5 | - | - |
| Health Information/Medical Records Administration/Administrator | - | 5 | - | - | 0 | - |
| Health Services/Allied Health/Health Sciences, General | - | 31 | 0 | - | - | - |
| Health/Health Care Administration/Management | - | 13$^d$ | 16 | 6 | - | 0 |
| International Public Health/International Health | - | - | 15 | 0 | - | - |
| Magnetic Resonance Imaging (MRI) Technology/Technician | - | - | - | - | 14 | - |
| Marriage and Family Therapy/Counseling | - | - | 20 | 9 | - | 0 |
| Maternal and Child Health | - | - | 0 | - | - | 0 |
| Maternal/Child Health and Neonatal Nurse/Nursing | - | - | 0 | 0 | - | 0 |
| Medical Informatics | - | - | 12$^d$ | - | - | - |
| Medical Insurance Coding Specialist/Coder | - | - | - | - | 5 | - |
| Medical Radiologic Technology/Science - Radiation Therapist | 33 | 2 | - | - | 0 | - |
| Medical Scientist | - | - | - | 0 | - | - |
| Medicine | - | - | - | 153 | - | - |
| Mental and Social Health Services and Allied Professions, Other | - | - | - | - | - | 0 |
| Mental Health Counseling/Counselor | - | - | 9 | - | - | - |
| Nuclear Medical Technology/Technologist | - | 2 | - | - | 0 | - |
| Nursing Education | - | - | 1 | - | - | - |
| Occupational Therapist Assistant | 1 | - | - | - | - | - |
| Occupational Therapy/Therapist | - | - | 52 | 3$^d$ | - | - |
| Oral/Maxillofacial Surgery | - | - | 0 | - | - | 3 |
| Orthodontics/Orthodontology | - | - | 5 | - | - | 5 |
| Orthotist/Prosthetist | - | - | 23 | - | - | - |
| Pathology/Pathologist Assistant | - | - | 11 | - | - | 4 |
| Pediatric Dentistry/Pedodontics | - | - | 3 | - | - | 4 |
| Pediatric Nurse/Nursing | - | - | 0 | 0 | - | 0 |
| Periodontics/Periodontology | - | - | 1 | - | - | 2 |
| Pharmacy | - | 0 | - | 81 | - | - |
| Physical Therapy Technician/Assistant | 38 | - | - | - | - | - |
| Physical Therapy/Therapist | - | - | 8 | 131 | - | - |
| Physician Assistant | - | - | 35 | - | - | - |
| Polysomnography | - | - | - | - | 0 | - |
| Prosthodontics/Prosthodontology | - | - | 2 | - | - | 8 |
| Psychiatric/Mental Health Nurse/Nursing | - | - | 3 | 2 | - | 0 |

- Data shown are for first majors.
- (-) Program is not offered at this award level.
- $^d$ identifies programs and award levels that are offered as a distance education program. For program category totals, $^d$ is shown if one or more programs in the category are offered as a distance education program.

| ▼PROGRAM | ASSOCIATE | BACHELOR | MASTER | DOCTOR | UNDERGRADUATE CERTIFICATE | POSTGRADUATE CERTIFICATE |
|---|---|---|---|---|---|---|
| Public Health Education and Promotion | - | - | 6$^d$ | 6$^d$ | - | 0$^d$ |
| Public Health, General | - | - | 8$^d$ | - | - | - |
| Public Health, Other | - | 0 | 0 | - | - | 0 |
| Radiologic Technology/Science - Radiographer | - | 18$^d$ | 1$^d$ | - | - | - |
| Radiologist Assistant | - | - | 2$^d$ | - | - | - |
| Registered Nursing/Registered Nurse | 0 | 174$^d$ | 21 | 5 | - | - |
| Rehabilitation Science | - | - | - | 4 | - | - |
| Respiratory Care Therapy/Therapist | - | 10$^d$ | 1$^d$ | - | 0 | - |
| Speech-Language Pathology/Pathologist | - | 26 | 30 | 5$^d$ | - | - |
| Substance Abuse/Addiction Counseling | - | - | - | - | - | 4 |
| **Category total** | **73** | **354$^d$** | **345$^d$** | **532$^d$** | **42$^d$** | **35$^d$** |
| **Homeland Security, Law Enforcement, Firefighting and Related Protective Services** | | | | | | |
| Criminal Justice/Safety Studies | - | - | - | 2 | - | - |
| Forensic Science and Technology | - | - | - | - | - | 0 |
| **Category total** | **-** | **-** | **2** | **-** | **-** | **0** |
| **Multi/Interdisciplinary Studies** | | | | | | |
| Gerontology | - | - | 1 | - | - | - |
| Natural Sciences | - | - | 0 | - | - | - |
| **Category total** | **-** | **-** | **1** | **-** | **-** | **-** |
| **Natural Resources and Conservation** | | | | | | |
| Environmental Science | - | 2 | - | - | - | - |
| **Category total** | **-** | **2** | **-** | **-** | **-** | **-** |
| **Philosophy and Religious Studies** | | | | | | |
| Philosophy | - | - | 0 | - | - | - |
| Religion/Religious Studies | - | - | 0 | 0 | - | - |
| **Category total** | **-** | **-** | **0** | **0** | **-** | **-** |
| **Physical Sciences** | | | | | | |
| Geology/Earth Science, General | - | 0 | 0 | 3 | - | - |
| **Category total** | **-** | **0** | **0** | **3** | **-** | **-** |
| **Psychology** | | | | | | |
| Clinical Psychology | - | - | - | 9 | - | - |
| Experimental Psychology | - | - | - | 0 | - | - |
| Psychology, General | - | - | 26 | 10 | - | - |
| **Category total** | **-** | **-** | **26** | **19** | **-** | **-** |
| **Public Administration and Social Service Professions** | | | | | | |
| Public Administration | - | - | - | 0 | - | - |
| Public Policy Analysis, General | - | - | - | 1 | - | - |
| Social Work | - | - | 37 | - | - | - |
| Social Work, Other | - | - | - | - | - | 0 |
| **Category total** | **-** | **-** | **37** | **1** | **-** | **0** |
| **Social Sciences** | | | | | | |
| Geographic Information Science and Cartography | - | - | - | - | - | 0$^d$ |
| **Category total** | **-** | **-** | **-** | **-** | **-** | **0$^d$** |
| **Theology and Religious Vocations** | | | | | | |
| Theology/Theological Studies | - | - | - | - | - | 0$^d$ |
| **Category total** | **-** | **-** | **-** | **-** | **-** | **0$^d$** |
| **Grand total** | **73** | **356** | **456** | **572** | **42** | **38** |

- Data shown are for first majors.
- (-) Program is not offered at this award level.
- $^d$ identifies programs and award levels that are offered as a distance education program. For program category totals, $^d$ is shown if one or more programs in the category are offered as a distance education program.

⊖ **SERVICEMEMBERS AND VETERANS**

**Tuition policies specifically for Veterans and Servicemembers**
home.llu.edu/academics/how-apply/veterans-information

**EDUCATIONAL BENEFITS, 2016-2017**

**NUMBER OF STUDENTS RECEIVING BENEFITS/ASSISTANCE**



**NUMBER OF STUDENTS RECEIVING BENEFITS/ASSISTANCE**

**AVERAGE AMOUNT OF BENEFITS/ASSISTANCE AWARDED THROUGH THE INSTITUTION (*)**



- (*) One or more average amounts of benefits/assistance are withheld to preserve the privacy of individuals.

**RETENTION RATES**

**RETENTION RATES FOR FIRST-TIME, DEGREE/CERTIFICATE EDUCATION BENEFIT USERS PURSUING BACHELOR'S DEGREES**



**Retention rate is the percentage of undergraduate students who began their studies in academic year 2013-14 and returned in academic year 2014-15**

⊖ **VARSITY ATHLETIC TEAMS**

- No varsity sports data reported for this institution.
- For further information on varsity athletic teams please visit the OPE Athletics Home Page.

⊖ **ACCREDITATION**

**INSTITUTIONAL ACCREDITATION**

| ACCREDITOR | STATUS | NEXT REVIEW DATE |
|---|---|---|
| WASC Senior College and University Commission | Accredited since (10/31/1960) | 10/30/2020 |

**PROGRAMMATIC ACCREDITATION**

| ACCREDITOR / PROGRAM | STATUS | NEXT REVIEW DATE |
|---|---|---|
| **Academy of Nutrition and Dietetics, Accreditation Council for Education in Nutrition and Dietetics** | | |
| Dietetics (DIET) - Coordinated Program in Dietetics | Accredited since (01/01/1972) | 1/1/2014 |
| Dietetics (DIETT) - Dietetic Technician Program | Accredited (04/01/1988 - 08/31/2010) | |
| **Accreditation Council for Pharmacy Education** | | |
| Pharmacy (PHAR) - Professional degree programs | Accredited since (06/29/2003) | 06/30/2021 |
| No Longer Recognized  American Association for Marriage and Family Therapy, Commission on Accreditation for Marriage and Family Therapy Education | | |
| Marriage and Family Therapy (MFT) - Clinical training programs at the master's, doctoral, and postgraduate levels | Accredited (01/31/2006 - 04/15/2013) | |
| **American Dental Association, Commission on Dental Accreditation** | | |
| Dental Anesthesiology | Accredited since (02/02/2012) | 12/31/2025 |
| Dental Hygiene (DH) | Accredited since (09/08/1961) | 12/31/2009 |
| Endodontics | Accredited since (12/12/1969) | 12/31/2009 |
| Oral and Maxillofacial Surgery (OMS) | Accredited since (05/26/1967) | 12/31/2022 |
| Orthodontics & Dentofacial Orthopedics | Accredited since (12/09/1966) | 12/31/2009 |

**ACCREDITOR / PROGRAM**          STATUS          **NEXT REVIEW DATE**

| Program | Status | Next Review Date |
|---|---|---|
| Pediatric Dentistry | Accredited since (05/14/1970) | 12/31/2009 |
| Periodontics | Accredited since (05/26/1967) | 12/31/2009 |
| Prosthodontics (including maxillofacial prosthetics and combined prosthodontics/maxillofacial prosthetics) | Accredited since (12/07/1956) | 12/31/2009 |

**American Occupational Therapy Association, Accreditation Council for Occupational Therapy Education**

| Program | Status | Next Review Date |
|---|---|---|
| Occupational Therapy (OTM) - Programs leading to a Master's Degree | Accredited since (01/01/1961) | 07/31/2023 |
| Occupational Therapy Assistant (OTA) - Programs leading to an associate degree | Accredited (04/01/1989 - 02/02/2010) | |

**American Physical Therapy Association, Commission on Accreditation in Physical Therapy Education**

| Program | Status | Next Review Date |
|---|---|---|
| Physical Therapy (PT) - Professional programs for the physical therapist | Accredited since (06/06/1942) | 12/31/2021 |
| Physical Therapy (PTA) - Programs for the physical therapist assistant | Accredited since (04/04/1990) | 12/20/2021 |

**American Psychological Association, Commission on Accreditation**

| Program | Status | Next Review Date |
|---|---|---|
| Clinical Psychology (CLPSY) - PhD Doctoral programs | Accredited since (11/13/1998) | 12/31/2019 |
| Clinical Psychology (CLPSYD) - PsyD Doctoral programs | Accredited since (11/13/1998) | 12/31/2019 |

**American Speech-Language-Hearing Association, Council on Academic Accreditation in Audiology and Speech-Language Pathology**

| Program | Status | Next Review Date |
|---|---|---|
| Speech-Language Pathology (SLP) - Graduate degree programs | Accredited since (06/01/1991) | 08/01/2019 |

**Association for Clinical Pastoral Education, Inc., Accreditation Commission**

| Program | Status | Next Review Date |
|---|---|---|
| (SCPE) - Clinical pastoral education (CPE) centers offering CPE and supervisory CPE programs | Accredited since (11/01/1975) | 12/31/2021 |

**Commission on Collegiate Nursing Education**

| Program | Status | Next Review Date |
|---|---|---|
| Nursing (CNDNP) - Nursing education programs at the doctorate degree levels | Accredited since (02/06/2012) | 1/1/2027 |
| Nursing (CNURED) - Nursing education programs at the baccalaureate degree levels | Accredited since (03/03/2000) | 1/1/2027 |
| Nursing (CNURED) - Nursing education programs at the graduate degree levels | Accredited since (03/03/2000) | 1/1/2027 |

**Council on Accreditation of Nurse Anesthesia Educational Programs**

| Program | Status | Next Review Date |
|---|---|---|
| Nurse Anesthesia (ANEST) - Institutions and programs at the master's degree, post master's certificate or doctoral degree levels | Accredited since (02/08/2011) | 5/31/2027 |

**Council on Education for Public Health**

| Program | Status | Next Review Date |
|---|---|---|
| Public Health (PHG) - Graduate level school of public health | Accredited since (02/02/1967) | 07/01/2024 |

**Joint Review Committee on Education in Radiologic Technology**

| Program | Status | Next Review Date |
|---|---|---|
| Medical Dosimetry (MD) - Programs for medical dosimetrists | Accredited since (02/28/2012) | 04/01/2023 |
| Radiology Technology (RAD) - Programs for radiographers | Accredited since (07/14/1969) | 01/01/2023 |
| Radiology Technology (RADTT) - Programs for radiation therapists | Accredited since ([!]10/01/1974) | 04/20/2026 |

**Liaison Committee on Medical Education**

| Program | Status | Next Review Date |
|---|---|---|
| Medicine (MED) - Programs leading to the M.D. degree | Accredited since (07/01/1942) | 12/31/2023 |

**INTERNSHIP/RESIDENCY**

| **ACCREDITOR / PROGRAM / DEPARTMENT** | **STATUS** | **NEXT REVIEW DATE** |
|---|---|---|

**American Dental Association, Commission on Dental Accreditation**

| Program | Status | Next Review Date |
|---|---|---|
| Predoctoral | Accredited since (12/07/1956) | 12/01/2016 |

- (!) Estimated date
- For more detailed information on accreditation for this institution, including all actions and justification for actions, visit OPE's Database of Accredited Postsecondary Institutions and Programs: ope.ed.gov/dapip/#/institution-profile/104744.

⊖ **CAMPUS SECURITY**

**2016 CRIME STATISTICS**

| **ARRESTS - ON-CAMPUS** | **2014** | **2015** | **2016** |
|---|---|---|---|
| Illegal weapons possession | 0 | 2 | 0 |
| Drug law violations | 1 | 1 | 2 |
| Liquor law violations | 0 | 0 | 0 |
| **ARRESTS - ON-CAMPUS RESIDENCE HALLS** [!] | **2014** | **2015** | **2016** |
| Illegal weapons possession | 0 | 0 | 0 |
| Drug law violations | 0 | 0 | 0 |

| ARRESTS - ON-CAMPUS RESIDENCE HALLS | 2014 | 2015 | 2016 |
|---|---|---|---|
| Liquor law violations | 0 | 0 | 0 |

| CRIMINAL OFFENSES - ON-CAMPUS | 2014 | 2015 | 2016 |
|---|---|---|---|
| Murder/Non-negligent manslaughter | 0 | 0 | 0 |
| Negligent manslaughter | 0 | 0 | 0 |
| Rape | 0 | 0 | 0 |
| Fondling | 0 | 0 | 2 |
| Incest | 0 | 0 | 0 |
| Statutory rape | 0 | 0 | 0 |
| Robbery | 0 | 1 | 0 |
| Aggravated assault | 1 | 2 | 0 |
| Burglary | 2 | 2 | 2 |
| Motor vehicle theft | 42 | 25 | 17 |
| Arson | 0 | 0 | 0 |

| CRIMINAL OFFENSES - ON-CAMPUS RESIDENCE HALLS ! | 2014 | 2015 | 2016 |
|---|---|---|---|
| Murder/Non-negligent manslaughter | 0 | 0 | 0 |
| Negligent manslaughter | 0 | 0 | 0 |
| Rape | 0 | 0 | 0 |
| Fondling | 0 | 0 | 0 |
| Incest | 0 | 0 | 0 |
| Statutory rape | 0 | 0 | 0 |
| Robbery | 0 | 0 | 0 |
| Aggravated assault | 0 | 0 | 0 |
| Burglary | 0 | 0 | 0 |
| Motor vehicle theft | 0 | 0 | 0 |
| Arson | 0 | 0 | 0 |

- (!) Residence Halls are a subset of On-Campus statistics
- The crime data reported by the institutions have not been subjected to independent verification by the U.S. Department of Education. Therefore, the Department cannot vouch for the accuracy of the data reported here.
- These data do not include incidents that: (a) took place off campus on public property immediately adjacent to and accessible from the Campus; (b) took place on a noncampus building or property owned or controlled by a student organization that is officially recognized by the institution; or (c) incidents at buildings/property owned or controlled by an institution but is not contiguous to the institution. For further information, see http://ope.ed.gov/security.

## COHORT DEFAULT RATES

**THREE-YEAR OFFICIAL COHORT DEFAULT RATES**

| FISCAL YEAR | 2015 | 2014 | 2013 |
|---|---|---|---|
| Default rate | 1.3% | 1.5% | 0.7% |
| Number in default | 17 | 18 | 9 |
| Number in repayment | 1,302 | 1,182 | 1,192 |

- For further information on default rates please visit the Cohort Default Rate Home Page. This school's six-digit OPE ID is 001218.

**AID PROGRAMS**
- Federal Direct Loan (Direct Loan)

English | Español | ▶ About | Search Plug-in      College Navigator Home | College Costs | Prepare | Financial Aid | Careers

IES   NCES  National Center for Education Statistics

**Explore the Institute of Education Sciences**

IES
- Home
- About
- Publications
- Data
- Funding
- News

IES Centers
- NCEE
- NCER
- NCES
  - Home
  - About
  - Programs
  - Publications
  - Data
  - Data Training
  - School Search
  - News
  - Kids' Zone
- NCSER

IES Policies and Standards
- Public Access Policy
- Privacy and Security Policies
- NCES Statistical Standards
- Peer Review Process
- ED Data Inventory
- Fed Stats

Contact Us

U.S. Department of Education

Additional Resources
- ERIC
- Sitemap
- Organizational Chart

# Exhibit 3

Exhibit 3

# General Information



## Daniells Residence Hall

A.G. Daniells Residence Complex for men and women (women must be 21 or older. Limited to 36 Ladies) is located in the center of the campus with easy access to all campus areas. Telephone: (909) 558-4562; Fax: (909) 558-0220; Email: drcinfo@llu.edu (mailto:drcinfo@llu.edu)

Rent per 12-Week Quarter

Single bedroom $1,630

Double bedroom $1,050

Studio 30 apartment $2,100

Studio 90 apartment $2,450

One bedroom apartment (Married Couples ONLY. Limited to five apartments.) $2,960

Deposit: $200 (refundable: $150; non-refundable processing fee: $50)

# Mission Statement

Striving to provide a family atmosphere and Christian programming that reflects our school motto, "To Make Man Whole". Committed to providing attractive, affordable housing, and programming that enhances mental, physical, and spiritual growth.

A safe environment

Clean aesthetic housing

Affordable, competitive rent

A friendly academic atmosphere

Social programming

Spiritual programming

Physical fitness programming

# General Info



## Lindsay Residence Hall

**Kate Lindsay Hall for Undergraduate and Graduate Women** is located at the northern edge of the campus with easy access to all campus areas.

## Contact Information

Telephone: (909) 558-4561
Fax: (909) 558-0461
Email: klhinfo@llu.edu (mailto:klhinfo@llu.edu)

## Rent per 12-Week Quarter

$1,300 single

$995 double

$880 modified double

Deposit: $200(refundable: $150; non-refundable processing fee: $50)

# About Lindsay Hall

Appliances (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/about-lindsay-hall)

Furnishings and What To Bring (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/about-lindsay-hall)

Hours (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/about-lindsay-hall)

Location (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/about-lindsay-hall)

# The Check-in Process

Charges (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/check-process-lindsay-hall)

Checking In (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/check-process-lindsay-hall)

Mail (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/check-process-lindsay-hall)

Parking (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/check-process-lindsay-hall)

Refrigerators (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/check-process-lindsay-hall)

Roommates (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/check-process-lindsay-hall)

Rounds (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/check-process-lindsay-hall)

## Programming

Religious Services (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/spiritual-and-social-programming-lindsay-hall)

Social Programming (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/spiritual-and-social-programming-lindsay-hall)

Spiritual Programming (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/spiritual-and-social-programming-lindsay-hall)

## The Check-out Process

Check-out Process (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

## Facilities and Their Use

Bathrooms (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

Computer Room (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

Exercise Room (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

Guestrooms (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

Janitor Closets (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall-general-info/facilities-lindsay-hall)

Kitchens and Eating (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

KLH Store (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

Laundry Facilities (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

Lounge (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

Storage Rooms (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

Telephones/Internet/Cable TV (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

Television Room (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

Vacuum Cleaners (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/facilities-lindsay-hall)

## Rules and Regulations

Alcohol/Drugs/Tobacco (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

Baby-sitting (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

Bicycles (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

Fines (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

Lobby Closing Time (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

Male Visitors (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

Overnight Absences (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

Overnight Guests (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

Pets (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

## For Your Safety

Emergency and Fire Procedures (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/safety-lindsay-hall)

Entrances and exits (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/safety-lindsay-hall)

Grievances (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/rules-and-regulations-lindsay-hall)

Hot Tips (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/safety-lindsay-hall)

Illness (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/safety-lindsay-hall)

Insurance (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/safety-lindsay-hall)

Keep On Hand (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/safety-lindsay-hall)

Security (/campus-and-spiritual-life/housing-dining/residence-halls/lindsay-hall/general-info/safety-lindsay-hall)