Erik Clark, #188693
BOROWITZ & CLARK, LLP
100 N. Barranca Street, Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644

Austin C. Smith
SMITH LAW GROUP LLP
3 Mitchell Place
New York, NY 10017
917-992-2121
austin@acsmithlawgroup.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>JOHN MARTIN MATA<br>LIVIER MATA | Case No. 6:13-bk-30625-MH<br><br>Chapter 7 |
| JOHN M. MATA,<br>        Plaintiff,<br>vs.<br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; NATIONAL COLLEGIATE STUDENT LOAN TRAUT 2007-1,<br>        Defendants. | Adversary No. 6:18-AP-01089-MH<br><br>**RESPONSE TO DEFENDANTS' SUPPLEMENTAL AUTHORITY** |

Plaintiff responds that the supplemental authority is materially distinguishable. The Plaintiff in *Francis* did not contest that the loan was made

under a program funded by a nonprofit institution. Plaintiff in this action does. Furthermore, as this Court stated in the Tentative Ruling, "In order to fund a loan program through guaranteeing the loans, the guarantee must actually come into effect, instead of just being a paper promise to render the debt exempt from discharge." This finding is consistent with the legislative history cited by Plaintiff that teaches that the nonprofit must be the actual claimant in the non-dischargeability proceeding under section 523(a)(8)(A)(i). *See* Plaintiff's Opposition to Summary Judgment at 8 (**ECF** No. 46) ("It is a modest enlargement, however, in that the claimant must be a nonprofit institution and the loan must be one for an educational loan."). A paper promise to a for-profit actor is not enough—the nonprofit must be the claimant. Given the contractual parameters of the Nextstudent Graduate Program, and the fact that TERI rejected all guarantees in its bankruptcy, any conceivable guarantee on the Loans was at most nothing more than a conditional paper promise voided in TERI's bankruptcy.

For these reasons, and because the case is unpublished and non-precedential, Plaintiff respectfully requests this Court not follow the *Francis* court.

_____  5/3/19
Erik Clark, #188693
BOROWITZ & CLARK, LLP
100 N. Barranca Street, Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 N. Barranca Street, Suite 250
West Covina, CA 91791

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO DEFENDANTS' SUPPLEMENTAL AUTHORITY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _May 3, 2019_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| John M. & Livier Mata<br>426 1/2 West B Street<br>Ontario CA 91762 | Honorable Mark Houle<br>US Bankruptcy Court<br>3420 Twelfth Street, Suite 365<br>Riverside, CA 92501 | Smith Law Group LLP<br>3 Mitchell Place<br>New York, NY 10017 |
|---|---|---|
| **Attorney for Defendant National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1**<br>Damian P. Richards, Esq.<br>Sessions, Fishman, Nathan & Israel, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108-3426 | | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 3, 2019 | Ramona J. Robins | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**