| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Damian P. Richard, Esq. (SBN 262805)<br>Sessions, Fishman, Nathan & Israel, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>Tel: 619-758-1891<br>Fax: 877-334-0661<br>email: drichard@sessions.legal | |

☐ *Individual appearing without attorney*
☒ *Attorney for*  All Defendants

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

In re:

John Martin Mata
Livier Mata

Debtor(s).

CASE NO.: 16-bk-30625-MH
CHAPTER: 7
ADVERSARY NO.: 6:18-AP-01089-MH

John M. Mata

Plaintiff(s),

vs.

National Collegiate Student Loan Trust 2006-1, et al.

Defendant.

**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): _____

Defendants' Motion for Summary Judgment

PLEASE TAKE NOTE that the order or judgment titled  Findings of Fact and Conclusions of Law, Order Granting Summary Judgment, and  Judgment
was lodged on (*date*)  May 10, 2019   and is attached.  This order relates to the motion which is docket number 33-68

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1545 Hotel Circle South, Suite 150, San Diego, CA 92108

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___May 10, 2019___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    Michael E. Clark    ecf@blclaw.com
    Austin C. Smith    austin@acsmithlawgroup.com
    David Ienna    david@fairmaxlaw.com

    ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 10, 2019 | Ann Coito | /s/Ann Coito |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**