Damian P. Richard, Esq. (SBN 262805)
SESSION FISHMAN NATHAN & ISRAEL, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Tel: 619-758-1891
Fax: 877-334-0661
Email: drichard@sessions.legal
*Attorney for Defendants*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br>　　JOHN MARTIN MATA<br>　　LIVIER MATA<br><br>JOHN M. MATA,<br>　　　　　　Plaintiff,<br>　vs.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, et al.<br>　　　　　　Defendants. | Case No. 6:13-BK-30625-MH<br><br>Chapter 7<br><br>Adversary No. 6:18-AP-01089-MH<br><br>JUDGMENT FOR DEFENDANTS<br><br>Date: May 8, 2019<br>Time: 2:00 p.m.<br>Courtroom: 303<br>Hon. Judge Mark Houle |

IT IS ORDERED AND ADJUDGED that the student loan debt of Plaintiff John M. Mata owing to Defendants National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-4, and National Collegiate Student Loan Trust 2007-4 is declared to be excepted from discharge pursuant to 11 U.S.C. § 523(a)(8)(A)(i).

# # #