Erik Clark, #188693
BOROWITZ & CLARK, LLP
100 N. Barranca Street, Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644

Austin C. Smith
SMITH LAW GROUP LLP
3 Mitchell Place
New York, NY 10017
917-992-2121
austin@acsmithlawgroup.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>JOHN MARTIN MATA<br>LIVIER MATA | Case No. 16-BK-30625-MH<br>Chapter 7 |
| JOHN M. MATA,<br>　　　　Plaintiff,<br>vs.<br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; NATIONAL COLLEGIATE STUDENT LOAN TRAUT 2007-1,<br>　　　　Defendants. | Adversary No. 6:18-AP-01089-MH<br><br>**PLAINTIFF'S OPPOSITION TO PROPOSED ORDER GRANTING SUMMARY JUDGMENT** |

  Plaintiff opposes entry of Defendants' proposed order granting Defendant's motion for summary judgment as written (**ECF No. 72-2**). Defendants have

1

altered or added this Court's tentative ruling in two material ways. First, Defendants have used brackets to alter this Court's findings in the tentative ruling with respect to the voiding of the TERI guarantees.[1] In the Court's tentative opinion, this Court found that the TERI guarantees had been voided in TERI's bankruptcy, and that the Defendants had tried to confuse the court by pointing to the "pipeline" loan arrangement in the Transition Agreement between TERI and RBS. This Court went on to hold, however, that the voiding of the guarantees had no effect on the dischargeability of the Plaintiff's Loans. In the Proposed Order at ECF No. 72-2, Defendants have changed the findings of fact to read that the guarantees were not voided in TERI's bankruptcy, and that it was the Debtor who was trying to confuse the Court (**ECF No. 72-2** at page 15:5-14). Second, Defendants have inserted a finding that was not made by this Court. In the Proposed Findings of Fact and Conclusions of Law at 74-1, Defendants have stated that this Court found that the Plaintiff's Loans were "assigned, transferred and securitized" into the Defendant Trusts (**ECF No. 74-1** at paragraph 5). However, this Court never made any such finding in the tentative opinion. The only holding of this Court on that point stated that that the Plaintiff's Loans "were sold to the respective trusts that make up the defendants."

---

[1] Specifically, Defendants have changed "correctly" to "[in]correctly" and "Defendants" to "De[btor]."

1
2
3
4
5
6   5/20/2019
7
8
...
28

_____
Erik Clark, #188693
BOROWITZ & CLARK, LLP
100 N. Barranca Street, Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 N. Barranca Street, Suite 250
West Covina, CA 91791

A true and correct copy of the foregoing document entitled (*specify*): **PLAINTIFF'S OPPOSITION TO PROPOSED ORDER GRANTING SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _May 20, 2019_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| John M. & Livier Mata<br>426 1/2 West B Street<br>Ontario CA 91762 | Honorable Mark Houle<br>US Bankruptcy Court<br>3420 Twelfth Street, Suite 365<br>Riverside, CA 92501 | Smith Law Group LLP<br>3 Mitchell Place<br>New York, NY 10017 |
|---|---|---|
| Attorney for Defendant National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1<br>Damian P. Richards, ESQ<br>Sessions, Fishman, Nathan & Isreal, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, Ca 92108-3426 | | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 20, 2019 | Dolores Orozco | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE