| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Damian P. Richard, Esq. (SBN 262805)<br>Sessions Fishman Nathan & Israel, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>619-758-1891<br>Fax: 877-334-0661<br>drichard@sessions.legal<br><br>☑ *Attorney for* Defendants | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re  John Martin Mata<br>Livier Mata<br><br>                                  Debtor(s), | CHAPTER  7<br><br>CASE NUMBER 6:18-AP-01089MH |
|---|---|
| John M. Mata,                      Plaintiff(s),<br><br>vs.<br><br>National Collegiate Student Loan trust 2006-1, et al.<br><br>                                 Debtor(s). | ☑  ADVERSARY NUMBER (if applicable)<br>☐  See attached list for multiple cases that require an update to the attorneys information |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, ___Damian P. Richard___ , ___262805___ , ___drichard@sessions.legal___
         *Name*                                *Bar ID Number*                      *E-Mail Address*

☑ **am counsel of record** or
☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*
National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-4,
National Collegiate Student Loan Trust 2007-4 (erroneously sued as National Collegiate Student Loan Trust 2007-1)

☐ **am counsel of record** or
☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address_____
New Telephone Number_____ New Facsimile Number _____
New E-Mail Address_____

---

Notice of Change of Address or Law Firm

(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

❏ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ❏ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

☑ **TO BE TERMINATED FROM THE CASE:**\*\*
    ☑ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ☑ I am, or
    ☑ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 7/17/2019                                         _____
                                                                    Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.