1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  James K. Schultz, Esq. (SBN 309945)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
3  1545 Hotel Circle South, Suite 150
4  San Diego, CA  92108-3426
5  Tel:   619/758-1891
   Fax:   619/296-2013
6  dkirkpatrick@sessions.legal
7  jschultz@sessions.legal
   *Attorneys for Defendants*
8  *National Collegiate Student Loan Trust 2006-1*
9  *National Collegiate Student Loan Trust 2006-4*
   *National Collegiate Student Loan Trust 2007-1*
10

11                UNITED STATES BANKRUPTCY COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

14

15  IN RE:                          ) Case No.  16-BK-30625-MH
    JOHN MARTIN MATA                )
16  LIVIER MATA                     ) Chapter 7
                                    )
17  _____     )
    JOHN MARTIN MATA, LIVIER        ) Adversary No. 6:18-AP-01089-MH
18  MATA,                           )
                                    )
19          Plaintiffs,             )
                                    )
20     vs.                          ) NOTICE OF ENTRY OF
                                    ) APPEARANCE
21  NATIONAL COLLEGIATE STUDENT     )
    LOAN TRUST 2006-1; NATIONAL     )
22  COLLEGIATE STUDENT LOAN         )
    TRUST 2006-4; NATIONAL          )
23  COLLEGIATE STUDENT LOAN         )
    TRAUT 2007-1,                   )
24                                  )
            Defendants.             )
25                                  )
                                    )
26                                  )
                                    )
27  _____     )
28

                        Notice of Entry of Appearance

                                   1

DEBBIE P. KIRKPATRICK of the law firm SESSIONS, FISHMAN,

NATHAN & ISRAEL, LLP hereby enters her appearance as counsel on behalf of

Defendants National Collegiate Student Loan Trust 2006-1, National Collegiate

Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1.

Dated: 7/23/2019                 SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                 */s/Debbie P. Kirkpatrick*
                                 Debbie P. Kirkpatrick
                                 Attorney for Defendants
                                 National Collegiate Student Loan Trust 2006-1
                                 National Collegiate Student Loan Trust 2006-4
                                 National Collegiate Student Loan Trust 2007-1