James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
jschultz@sessions.legal
dkirkpatrick@sessions.legal
*Attorneys for Defendants*
*National Collegiate Student Loan Trust 2006-1,*
*National Collegiate Student Loan Trust 2006-4,*
*National Collegiate Student Loan Trust 2007-4*
*(erroneously sued as National Collegiate Student Loan Trust 2007-1)*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>    JOHN MARTIN MATA<br>    LIVIER MATA<br><hr>JOHN M. MATA,<br>            Plaintiff,<br>    vs.<br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, et al.<br>            Defendants. | Case No.  16-BK-30625-MH<br><br>Chapter 7<br><br>Adversary No. 6:18-AP-01089-MH<br><br>DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS<br><br>Date: December 18, 2019<br>Time: 2:00 p.m.<br>Location: Courtroom 30 |

Defendants National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-

4 (erroneously sued as National Collegiate Student Loan Trust 2007-1) (collectively "Defendants"), through undersigned counsel, respond as follows to the motion of National Consumer Bankruptcy Rights Center ("Movant") to intervene for the limited purpose of unsealing court records.

As set forth in the Defendants' Opposition to Motion to Unseal Court Records, filed concurrently, the Court should reject Movant's effort to unseal two Guaranty Agreements ("confidential documents") and unredacted pleadings that cite information from the confidential documents, and deny Movant's motion. However, without waiving any argument as to the merits of the Motion to Unseal Court Records, Defendants do not oppose Movant's motion to intervene for the limited purpose of bringing the Motion to Unseal Court Records.

Date: December 4, 2019         SESSIONS FISHMAN NATHAN & ISRAEL, L.L.P.

　　　　　　　　　　　　　　　　 /s/Debbie P. Kirkaptrick_____
　　　　　　　　　　　　　　　　Debbie P. Kirkpatrick
　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　National Collegiate Student Loan Trust 2006-1,
　　　　　　　　　　　　　　　　National Collegiate Student Loan Trust 2006-4,
　　　　　　　　　　　　　　　　National Collegiate Student Loan Trust 2007-4
　　　　　　　　　　　　　　　　(erroneously sued as National Collegiate Student
　　　　　　　　　　　　　　　　Loan Trust 2007-1)